FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ NOV 27 2018 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DIANA YAKUBOV, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

ATLANTIC CREDIT & FINANCE, INC.,

Defendant.

Case No. 1:18-cv-04745-ARR-CLP

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         November 21, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@cml.legal
*Attorney for Plaintiff*

By: /s/ Howard Joseph Smith
Howard Joseph Smith, Esq
Marshall Dennehey P.C.
2000 Market Street, 24th Fl
Philadelphia, PA 19103
Tel: (212)575-2765
HJSmith@mdwcg.com
*Attorney for Defendant*

So ordered. /s/ (ARR) USDJ